Dated: August 3, 2006

MICHAEL J. STORTZ (State Bar No. 139386)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
CINGULAR WIRELESS, LLC



IT IS SO ORDERED
Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN D. WINIG, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CINGULAR WIRELESS, LLC, and DOES 1-20, <br><br> Defendants. | Case No. C 06-04297 MMC <br><br> **STIPULATION CONTINUING TIME TO FILE RESPONSIVE PLEADING ;** ORDER THEREON |

Pursuant to Civil Local Rule 6-1, the parties stipulate that defendant Cingular Wireless, LLC shall have until and including August 21, 2006 to file its responsive pleading in this action. This continuance will not alter the date of any event or other deadline already fixed by Court order.

Dated: August 1, 2006

DRINKER BIDDLE & REATH LLP

MICHAEL J. STORTZ

Attorneys for Defendant
CINGULAR WIRELESS, LLC

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\373667\1

STIPULATION CONTINUING TIME TO FILE RESPONSIVE PLEADING

1  Dated: August _1_, 2006            LIEFF, CABRASER, HEIMANN &
2                                      BERNSTEIN, LLP
3                                      *Michael W. Sobol* / PEL w/permission
4                                      MICHAEL W. SOBOL
                                       Attorneys for Plaintiff
5                                      BENJAMIN D. WINIG

28
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\373667\1

2

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR RESPONSIVE PLEADING