IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN D. WINIG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CINGULAR WIRELESS LLC,<br><br>　　　　Defendant.<br>_____/ | No. C-06-4297 MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>(Docket No. 34) |

　　　　Before the Court is defendant Cingular Wireless LLC's ("Cingular") motion, filed October 6, 2006, to continue the initial case management conference and related dates until after the Court rules on Cingular's motion to stay the instant action pending appeal. Plaintiff Benjamin D. Winig has filed opposition to the motion. Having considered the papers filed in support of and in opposition to the motion, the Court hereby DENIES the motion. The case management conference will be held on October 20, 2006 at 10:30 a.m., as previously scheduled.

　　　　This order terminates Docket No. 34.

　　　　**IT IS SO ORDERED.**

Dated: October 17, 2006　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge