IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN D. WINIG, | No. C-06-4297 MMC |
| Plaintiff, | **ORDER DENYING STIPULATION FOR CONTINUANCE** |
| v. | |
| CINGULAR WIRELESS LLC, | |
| Defendant. | |

The Court is in receipt of the parties' joint stipulation, filed September 20, 2007, by which the parties seek a continuance of the Case Management Conference from September 28, 2007 to October 12, 2007, "due to unavailability of counsel." See Joint Stipulation at 2:3-4.

A conclusory reference to "unavailability" does not constitute good cause for a continuance. Further, given the number of case management conferences currently set for October 12, 2007, that date is not available. Accordingly, the stipulation is hereby DENIED.

**IT IS SO ORDERED.**

Dated: September 25, 2007

MAXINE M. CHESNEY
United States District Judge