1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BENJAMIN D. WINIG, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CINGULAR WIRELESS CORPORATION, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No.: C 06-4297 MMC<br><br>**CLASS ACTION**<br><br>[Assigned to the Honorable Maxine M. Chesney]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DEADLINE FOR FILING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND RELATED DEADLINES** |
|---|---|

Case No. C 06-4297 MMC

[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DEADLINE FOR FILING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

PURSUANT to the Stipulation of the parties, and for good cause shown,:

**IT IS HEREBY ORDERED** as follows:

1. The deadline for Plaintiff to file a motion for class certification in this action is extended until June 6, 2008.

2. The deadline for Defendants to file an opposition to Plaintiff's motion for class certification in this action is extended until August 1, 2008.

3. The deadline for Plaintiff to file a reply to his motion for class certification in this action is extended until August 29, 2008.

4. The hearing on plaintiff's motion for class certification is continued to September 26, 2008.

5. The further Case Management Conference in this action is continued to November 14, 2008.

IT IS SO ORDERED:

By: _____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE