1

2

3

4

5

6

7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 BENJAMIN D. WINIG, on Behalf of Himself and All Others Similarly Situated,

12                    Plaintiff,

13 v.

14 CINGULAR WIRELESS, LLC, and DOES 1 through 20,

15

16                  Defendants.

Case No. CV 06-4297-MMC

**CLASS ACTION**

**[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE (ONLY) ON CLASS CERTIFICATION BY ONE WEEK ; CONTINUING HEARING DATE**

Date: ~~September 26, 2008~~ October 3. 2008
Judge:    Hon. Maxine M. Chesney

17

18

19

20

21

22

23

24

25

26

27

28

1      PURSUANT to the Stipulation of the parties, and for good cause shown:

2      IT IS HEREBY ORDERED as follows:

3          1.      The deadline for Plaintiff to file a motion for class certification in this

4   action shall be extended until June 13, 2008.

5          2.      The deadline for Defendants to file an opposition to Plaintiff's motion for

6   class certification shall be extended until August 8, 2008.

7          3.      The deadline for Plaintiff to file a reply to his motion for class certification

8   shall be extended to September 4, 2008.

9          4.      The hearing on Plaintiff's motion for class certification ~~shall remain set for~~

10  ~~September 26, 2008.~~  is continued to October 3, 2008.

11         5.      The further Case Management Conference shall remain set for

12  November 14, 2008.

13  IT IS SO ORDERED:

14

15
    Dated:  June 6, 2008                    By: _____

16                                          Honorable Maxine M. Chesney

17                                          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28