Michael W. Sobol (State Bar No. 194857)
Barbra L. Williams (State Bar No. 249967)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
msobol@lchb.com
bwilliams@lchb.com

J. Paul Gignac (State Bar No. 125676)
Kiley L. Grombacher (State Bar No. 245960)
**ARIAS OZZELLO & GIGNAC, LLP**
4050 Calle Real, Suite 130
Santa Barbara, CA 93110-3413
Telephone: (805) 683-7400
Facsimile: (805) 683-7401
jpaul@aogllp.com
kgrombacher@aogllp.com

Robert A. Curtis (State Bar No. 203870)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
15 West Carrillo Street
Santa Barbara, CA 93101-8215
Telephone: (805) 962-9495
Facsimile: (805) 962-0722
rcurtis@foleybezek.com

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN D. WINIG, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CINGULAR WIRELESS, LLC, and DOES 1 through 20,<br><br>Defendants. | Case No. C 06-4297 MMC<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date: October 3, 2008<br>Time: 9:00 a.m.<br>Courtroom: 7, 19th Floor<br><br>Assigned to the Honorable Maxine M. Chesney |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on October 3, 2008, at 9:00 a.m., or as soon thereafter as this matter may be heard by and before the Honorable Maxine M. Chesney, in Courtroom 7 of this United States District Court, located at 450 Golden Gate Avenue, San Francisco, California, plaintiff Benjamin Winig ("Plaintiff") shall move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order:

1. certifying, as to the first (violation of the Federal Communications Act), second (breach of contract), third (unjust enrichment) and seventh (declaratory relief under the Declaratory Judgment Act) claims for relief in this action, a plaintiff class ("the Eight State Class") defined as follows: "All customers of Defendants who resided in one of the Eight States, who subscribed to Cingular cellular telephone service between February 2004 and July 2007, whose service agreements included free "mobile-to-mobile" minutes, who were billed standard air time minutes for voice mail retrieval, and who, as a result, were charged and paid fees for minutes used in excess of their contractual allotment;"

2. certifying, as to all claims for relief alleged in this action, a plaintiff class ("the California Subclass") defined as follows: "All customers of Defendants who resided in the State of California, who subscribed to Cingular cellular telephone service between February 2004 and July 2007, whose service agreements included free "mobile-to-mobile" minutes, who were billed standard air time minutes for voice mail retrieval, and who, as a result, were charged and paid fees for minutes used in excess of their contractual allotment;"

3. certifying Plaintiff as the representative of the Eight State Class and the California Subclass ("the Classes"); and

4. appointing Michael W. Sobol, Esq., of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, J. Paul Gignac, Esq., of the law firm of Arias Ozzello & Gignac LLP, and Robert A. Curtis, Esq., of the law firm of Foley Bezek Behle & Curtis, LLP, as Class Counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

This motion is brought on the grounds that this action properly may be certified as a class action under Rule 23(a) of the Federal Rules of Civil Procedure in that: (a) each of the Classes is so numerous (numbering in the multiple thousands) that joinder of all members of any of the

1  Classes in this action is impracticable; (b) there are questions of law and fact which are common
2  to the members of each of the Classes; (c) the claims of Plaintiff are typical of the claims of the
3  members of each of the Classes; and (d) Plaintiff will fairly and adequately represent and protect
4  the interests of the members of each of the Classes.

5  This motion is brought on the further grounds that each of the Classes properly may be
6  certified under Rule 23(b)(3) of the Federal Rules of Civil Procedure in that: (a) the questions of
7  law and fact common to the members of each of the Classes predominate over the questions of
8  law and fact, if any, which affect only individual members of each of the Classes; and (b) a class
9  action is superior to any other available method for the fair and efficient adjudication of the
10 claims for relief asserted in this action.

11 This motion is based upon this Notice, the Memorandum of Points and Authorities filed in
12 support thereof, the declarations filed herewith as well as the exhibits thereto, the pleadings and
13 records on file in this action, of which the Court is requested to take judicial notice pursuant to
14 Rule 201 of the Federal Rules of Evidence, and such additional oral argument and documentary
15 evidence as may be presented at the hearing on this motion.

Dated: June 13, 2008                LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By:    */s/ Michael W. Sobol*
       Michael W. Sobol

Michael W. Sobol (SBN 194857)
Barbra L. Williams (SBN 249967)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

J. Paul Gignac (SBN 125676)
Kiley L. Grombacher (SBN 245960)
**ARIAS OZZELLO & GIGNAC, LLP**
4050 Calle Real, Suite 130
Santa Barbara, CA  93110-3413
Telephone:  (805) 683-7400
Facsimile:  (805) 683-7401

767134.1                       - 3 -                    PLAINTIFF'S NOTICE OF MOTION AND MOTION
                                                        FOR CLASS CERTIFICATION
                                                        CASE NO. C-06-4297 MMC

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Robert A. Curtis (State Bar No. 203870)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
15 West Carrillo Street
Santa Barbara, CA  93101-8215
Telephone:  (805) 962-9495
Facsimile:   (805) 962-0722

*Attorneys for Plaintiff and the Proposed Class*