IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN D. WINIG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CINGULAR WIRELESS LLC,<br><br>　　　　Defendant.<br>_____ / | No. C-06-4297 MMC<br><br>**ORDER GRANTING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE MEMORANDUM AND DOCUMENTS UNDER SEAL; DIRECTIONS TO PLAINTIFF; DIRECTIONS TO CLERK** |

On July 3, 2008, the Court deferred ruling on plaintiff's administrative motion, to the extent plaintiff sought to file under seal its Memorandum of Points and Authorities in Support of Motion for Class Certification ("Memorandum"), to afford plaintiff the opportunity to file a supplemental declaration identifying with particularity the portions thereof that plaintiff claims are subject to sealing.  On July 8, 2008, plaintiff filed the Supplemental Declaration of Barbra L. Williams ("Supplemental Declaration"), in which plaintiff identifies specific portions of the Memorandum pertaining to exhibits the Court has permitted to be filed under seal.

Good cause having been shown, the motion is hereby GRANTED, and the Clerk shall file under seal an unredacted version of the Memorandum.  Plaintiff is hereby DIRECTED to file in the public record, no later than July 14, 2008, a version of the

1 | Memorandum redacted in conformance with the pages and lines identified in the
2 | Supplemental Declaration.
3 | **IT IS SO ORDERED.**
4 | Dated: July 9, 2008                    _____
5 |                                          MAXINE M. CHESNEY
                                             United States District Judge