IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN D. WINIG,<br><br>    Plaintiff,<br><br>  v.<br><br>CINGULAR WIRELESS LLC,<br><br>    Defendant.<br>_____/ | No. C-06-4297 MMC<br><br>**ORDER DENYING IN PART AS MOOT DEFENDANT'S ADMINISTRATIVE MOTION TO FILE MEMORANDUM AND DOCUMENTS UNDER SEAL; DIRECTIONS TO DEFENDANT** |

      On July 3, 2008, the Court deferred ruling on defendant's administrative motion, to the extent defendant sought to file under seal its Memorandum in Support of Motion for Summary Judgment ("Memorandum"), to afford defendant the opportunity to file a supplemental declaration identifying with particularity the portions thereof defendant claims are subject to sealing and the reason(s) therefor.  On July 8, 2008, defendant filed its Withdrawal of Confidentiality Designation, in which defendant withdraws its previous designation of the Memorandum as confidential and states it will file an unredacted version of the Memorandum in the public record.

      Accordingly, to the extent defendant's administrative motion seeks to file the Memorandum under seal, the motion is denied as moot, and defendant is hereby

//

DIRECTED to file in the public record, no later than July 14, 2008, an unredacted version of the Memorandum.

**IT IS SO ORDERED.**

Dated: July 9, 2008

MAXINE M. CHESNEY
United States District Judge