IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN D. WINIG,<br><br>    Plaintiff,<br><br>  v.<br><br>CINGULAR WIRELESS LLC,<br><br>    Defendant.<br>_____ / | No. C-06-4297 MMC<br><br>**ORDER GRANTING IN PART, DENYING IN PART, AND IN PART DEFERRING RULING ON PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE OPPOSITION AND DOCUMENTS UNDER SEAL** |

   Before the Court is plaintiff's administrative motion to file under seal plaintiff's Opposition to Defendant's Motion for Summary Judgment ("Opposition"), and Exhibits B and C to the Declaration of Justin P. Zarczag in Support of Plaintiff's Opposition, based on defendant's having previously designated as confidential the documents contained or discussed therein.  Defendant has filed a Memorandum, as well as the Declaration of Jacqueline P. Jackson, in support of its designation of Exhibits B and C as confidential. Having considered the parties' submissions, the Court rules as follows.

   1. To the extent plaintiff seeks leave to file under seal Exhibit B to the Declaration of Justin P. Zarczag, defendant's responsive declaration fails to establish said exhibit "is privileged or protectable as a trade secret or otherwise entitled to protection under the law." See Civil L.R. 79-5(a).  Accordingly, the administrative motion is hereby DENIED with respect to Exhibit B to the Declaration of Justin P. Zarczag, and plaintiff is hereby

1  DIRECTED to file said exhibit in the public record, no later than July 17, 2008.  If plaintiff
2  fails to timely file the exhibit in the public record, the Court will not consider it in ruling on
3  defendant's motion for summary judgment.

4      2. To the extent plaintiff seeks leave to file under seal Exhibit C to the Declaration of
5  Justin P. Zarczag, defendant's responsive declaration fails to establish that the entirety of
6  said exhibit is properly sealable, and the only apparently confidential item therein is the
7  discussion, in Section D on page four of the exhibit, regarding defendant's employees'
8  internal e-mails.  Accordingly, the administrative motion is hereby GRANTED in part and
9  DENIED in part with respect to Exhibit C to the Declaration of Justin P. Zarczag.  The Clerk
10 is directed to file the unredacted version of said exhibit under seal, and plaintiff is hereby
11 DIRECTED to file in the public record, no later than July 17, 2008, a version of Exhibit C in
12 which Section D on page four of said exhibit is redacted.  If plaintiff fails to timely file said
13 exhibit in the public record, the Court will not consider it in ruling on defendant's motion for
14 summary judgment.

15     3. With respect to the Opposition, plaintiff has not shown the entirety of such
16 document is confidential, and portions thereof plainly are not.  (See, e.g., Pl.'s Opp'n at
17 11:5-7 (discussing allegations in plaintiff's Second Amended Complaint).)[1]  A party may not
18 designate an entire document as confidential when only part of the document contains
19 confidential information.  See Civil L.R. 79-5(a) (providing request to file document under
20 seal "must be narrowly tailored to seek sealing only of sealable material").  Accordingly, the
21 Court will defer ruling on the motion with respect to the Opposition, to afford plaintiff the
22 opportunity to file, no later than July 17, 2008, a supplemental declaration identifying with
23 particularity the portions thereof that plaintiff claims are subject to sealing and the reason(s)
24 therefor.

25     Accordingly, for the reasons set forth above, plaintiff's administrative motion is
26 //

27
28     [1] This example is provided for illustrative purposes only, and is not intended to set forth all of the material that appears to be of a nonconfidential nature.

2

hereby GRANTED in part and DENIED in part, and further ruling thereon is DEFERRED.

**IT IS SO ORDERED.**

Dated: July 15, 2008

MAXINE M. CHESNEY
United States District Judge