IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN D. WINIG,<br><br>         Plaintiff,<br><br>   v.<br><br>CINGULAR WIRELESS, LLC,<br><br>         Defendant.<br>_____/ | No. C-06-4297 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; VACATING HEARING** |

     Before the Court is plaintiff's "Motion for Leave to File Second Amended Complaint," filed June 13, 2008, wherein plaintiff seeks leave to amend in order to add as defendants "AT&T Mobility LLC" and "AT&T Mobility Corporation," as well as to modify the proposed class and subclass definitions. (See Pl.'s Mot. at 1:12-15.) Cingular has filed opposition to the motion, to which plaintiff has replied. Having considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, hereby VACATES the July 18, 2008 hearing on the matter, and rules as follows:

     The Court finds the motion was made without undue delay, that good cause for the requested amendment has been shown, and that no showing of prejudice to any defendant has been made.

As Cingular points out, however, given the briefing schedule presently in effect, the newly-named defendants will not have an adequate opportunity to prepare for and file opposition to plaintiff's motion for class certification.  Accordingly, the dates presently set for any opposition to plaintiff's motion for class certification and reply thereto, as well as for hearing of the motion, are hereby VACATED, and the parties are hereby DIRECTED to meet and confer and to file, no later than August 15, 2008, a stipulation with respect to modification of the briefing schedule for said motion.

For the reasons set forth above, plaintiff's motion for leave to file a Second Amended Complaint is hereby GRANTED.  Plaintiff's Second Amended Complaint shall be filed no later than July 18, 2008, and plaintiff shall serve each newly-named defendant, and file proof of service thereof, no later than August 4, 2008.

Should plaintiff seek to make any further amendment to his complaint, plaintiff's motion for leave to amend shall be filed no later than 90 days from the date of this order.

**IT IS SO ORDERED.**

Dated: July 16, 2008

MAXINE M. CHESNEY
United States District Judge