IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN D. WINIG,<br><br>    Plaintiff,<br><br>  v.<br><br>CINGULAR WIRELESS LLC,<br><br>    Defendant.<br>_____/ | No. C-06-4297 MMC<br><br>**ORDER GRANTING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE OPPOSITION AND DOCUMENTS UNDER SEAL; DIRECTIONS TO PLAINTIFF; DIRECTIONS TO CLERK** |

    On July 15, 2008, the Court deferred ruling on plaintiff's administrative motion, to the extent plaintiff sought to file under seal his Opposition to Defendant's Motion for Summary Judgment ("Opposition"), to afford plaintiff the opportunity to file a supplemental declaration identifying with particularity the portions thereof that plaintiff claims are subject to sealing. On July 17, 2008, plaintiff filed the Supplemental Declaration of Barbra L. Williams ("Supplemental Declaration"), in which plaintiff identifies specific portions of the Opposition pertaining to exhibits the Court has permitted to be filed under seal.

    Good cause having been shown, the motion is hereby GRANTED, and the Clerk shall file under seal an unredacted version of the Opposition. Plaintiff is hereby DIRECTED to file in the public record, no later than July 22, 2008, a version of the Opposition redacted in conformance with the pages and lines identified in the

Supplemental Declaration.

**IT IS SO ORDERED.**

Dated: July 18, 2008

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge