IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN D. WINIG, | No. C-06-4297 MMC |
| Plaintiff, | **ORDER VACATING JULY 25, 2008 HEARING** |
| v. | |
| CINGULAR WIRELESS, LLC, et al., | |
| Defendants. | |

Before the Court is the motion, filed June 20, 2008 by defendant Cingular Wireless, LLC, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Having considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the July 25, 2008 hearing.[1]

**IT IS SO ORDERED.**

Dated: July 23, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] By taking the matter under submission on the papers, the Court makes no finding herein on the merits of plaintiff's Administrative Motion to Vacate Hearing, filed July 22, 2008.