IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN D. WINIG, | No. C-06-4297 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY** |
| v. | |
| CINGULAR WIRELESS, LLC, et al. | |
| Defendants. | |

Before the Court is the Administrative Motion, filed July 24, 2008 by plaintiff, by which plaintiff seeks leave to file a sur-reply to defendant Cingular Wireless, LLC's ("Cingular") motion for summary judgment, for the limited purpose of replying to Cingular's characterization of plaintiff's deposition testimony.

The Court hereby GRANTS the Administrative Motion, and, as plaintiff has presented therein his argument regarding the above-referenced deposition testimony, the Court deems plaintiff's Administrative Motion to be his sur-reply and will consider the argument contained therein.

**IT IS SO ORDERED.**

Dated: August 21, 2008

MAXINE M. CHESNEY
United States District Judge