IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN D. WINIG,

                     No. CV-06-4297 MMC

       Plaintiff,

  v.                  **JUDGMENT IN A CIVIL CASE**

CINGULAR WIRELESS, LLC, et al.,

       Defendants.

_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. Cingular's motion for summary judgment is hereby GRANTED; and

    2.  Summary judgment in favor of A T & T Mobility, LLC, and AT&T Mobility Corporation is hereby GRANTED.

Dated: August 21, 2008             Richard W. Wieking, Clerk

                                 *Tracy Lucero*

                           By: Tracy Lucero
                           Deputy Clerk